FREDERICK H. ENGELKEN et al., Respondents, v. SHANTY SHOPS, INC., Appellant, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.; Shientag, J., dissents and votes to deny the motion.

IMOGENE COCA, Respondent, v. MAX LIEBMAN PRODUCTIONS, INC., Defendant and Third-Party Plaintiff. ADMIRAL CORP., Third-Party Defendant-Appellant, et al., Third-Party Defendants.— No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

DORIS JONASSEN, Appellant, v. JOHN WANAMAKER NEW YORK INC., Respondent.— No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIONEL R. BAUMAN, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [2–6 W. 45th St., Borough of Manhattan.] — Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

WILLIAM SMITH, Respondent, v. EMENEE INDUSTRIES, INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

HAROLD GOLDBERG, Respondent, v. SOL GREENBAUM, Appellant.— Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

## (October 11, 1951.)

ENRIQUE GONZALEZ, Respondent, v. HERMAN COHEN, Appellant.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 560.]